# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAFF SERGEANT ANTHONY RIOS JR.,<br><br>Plaintiff,<br><br>v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>BRIGADIER GENERAL PAUL LEBIDINE, and<br><br>LIEUTENANT COLONEL DEAN SCHULZ,<br><br>Defendants. | Case No.: 2:13-cv-01937-ABC-MAN<br><br>**PRELIMINARY INJUNCTION** |

The Court, having considered the written pleadings, arguments, and evidence of the parties pertaining to Plaintiff's Motion for Preliminary Injunction brought before the Court on June 10, 2013, hereby enters the following ORDER:

   DEFENDANTS, RAY MABUS, Secretary of the Navy, BRIGADIER GENERAL PAUL LEBIDINE, and LIEUTENANT COLONEL DEAN SCHULZ, and their successors, subordinates, officers, agents, servants, employees, attorneys

and any persons in active concert or participation with any of the foregoing persons, ARE HEREBY ENJOINED pending trial of this action from issuing or enforcing any Military Protective Order to the extent it limits or interferes with the custody or visitation of Plaintiff Anthony Rios Jr. and his minor son A.R. exercised pursuant to visitation and custody orders issued by the Superior Court of the State of California on December 16, 2010, or any subsequent visitation and custody order later issued by that court. This injunction expressly includes, without limitation, the Military Protective Order issued to Plaintiff on April 19, 2012 and modified April 5, 2013.

DATED: June 20, 2013

*Audrey B. Collins*

_____

Hon. Judge Audrey B. Collins